**Order filed September 27, 2011.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-09-00168-CV

_____

**ACOUSTICAL MATERIALS SUPPLY, Appellant**

**V.**

**CASTLEROCK & CO., INC., A/K/A CASTLEROCK INVESTMENT GROUP A/K/A EXQUISITE DESIGNS BY CASTLEROCK & CO., D/B/A CASTLEROCK INVESTMENT GROUP, BRAD JONES, AND COUNTRYWIDE HOME LOANS, INC., Appellees**

**On Appeal from County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 898161**

## O R D E R

On June 11, 2009, this court abated this appeal because appellee Brad F. Jones petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, under cause number 09-33893.   *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on June 6, 2011. The parties failed to advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM